AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

ROBIN CUNNINGHAM,

　　Plaintiff,

　　v.

M.B. MIRABELLI # 14191, E.S. BIKULCIUS # 4006, and the CITY OF CHICAGO,

　　Defendants.

**SUMMONS IN A CIVIL CASE**

No.

JUDGE

MAGISTRATE JUDGE

**08 C 2**

**JUDGE CONLON**
**MAGISTRATE JUDGE COLE**

To: E.S. Bikulcius #4006
C/o Chicago Police Headquarters
3510 S. Michigan Ave.
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

　　Blake Horwitz
　　LAW OFFICES OF BLAKE HORWITZ, LTD.
　　155 N. Michigan, #723
　　Chicago, IL 60601

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____　　　_____
(By) Deputy Clerk　　　　　　　　　　　　　　　　　　Date

**Michael W. Dobbins, Clerk**

_/s/ Paula Harrison_____
(By) DEPUTY CLERK

**January 2, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | Date 1/4/08 |
| NAME OF SERVER (PRINT) Sammy Brown | TITLE Arrow Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other specify: <u>Delivered via hand delivery to Chicago Police Headquarters 3510 S. Michigan Ave. Chicago, IL. 60657</u>

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 1/4/08
Date

Signature of Server: 6518 Arrow

Address of Server: 1322 W. Walton Chicago, IL 60622

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.