UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBIN CUNNINGHAM | ) | |
| | ) | |
| Plaintiff | ) | Case No. 08 C 2 |
| | ) | |
| v. | ) | Judge Conlon |
| M.B. MIRABELLI # 14191, | ) | |
| E.S. BIKULCIUS # 4006, and the | ) | Magistrate Judge Cole |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | Jury Trial Demanded |

**Defendants' Motion for Leave to File their Answer *Instanter***

Defendants Mark Mirabelli, Eugene Bikulcius, and the City of Chicago (collectively "Defendants"), by and through their attorneys, Shneur Z. Nathan and Marc J. Boxerman, respectfully move this Court for leave to file, *instanter*, their Answer to Plaintiff's Complaint. In support of this motion, Defendants state the following:

1. Plaintiff filed his Complaint on January 2, 2008 against individual defendant police officers and named the City as a defendant for purposes of indemnification.

2. On January 18, 2008, Defendant Mirabelli was served, but Defendant Bikulcius was not served until February 19, 2008.

3. Because Defendant Bikulcius is handicapped and on medical leave, it has been difficult for him to travel and meet with his attorneys to prepare his defense.

4. Defendants are now prepared to file their Answer *instanter*, a copy of which is attached hereto as Exhibit A. (*See* Ex. A.).

5. Plaintiff will not be prejudiced by this short delay; however, Defendants will be greatly prejudiced if they are not permitted to respond to Plaintiff's Complaint.

6. On February 28, 2008, the undersigned informed Plaintiff's counsel, Abbas Merchant, of his intention to file this motion and Mr. Merchant expressed no objections.

WHEREFORE, Defendants respectfully request that this Court grant their Motion for Leave to File their Answer *Instanter*.

Respectfully submitted,

/s/ Shneur Z. Nathan
SHNEUR Z. NATHAN
Assistant Corp. Counsel

Shneur Z. Nathan
Marc. J. Boxerman
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 742-1842/744-7684
shneur.nathan@cityofchicago.org
mboxerman@cityofchicago.org
Atty. No. 6294495/6215790

## CERTIFICATE OF SERVICE

I, Shneur Z. Nathan, an attorney, hereby certify that on February 29, 2008, I caused Individual Defendants' Motion for Leave to File its Answer *Instanter* to be served upon all counsel of record by filing the same before the Court via the ECF system.

/s/ Shneur Z. Nathan
Shneur Z. Nathan