UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBIN CUNNINGHAM | ) | |
| | ) | |
| Plaintiff | ) | Case No. 08 C 2 |
| | ) | |
| v. | ) | Judge Conlon |
| M.B. MIRABELLI # 14191, | ) | |
| E.S. BIKULCIUS # 4006, and the | ) | Magistrate Judge Cole |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | Jury Trial Demanded |

### Notice of Motion

To:  Blake Horowitz
     Abbas Merchant
     Law Offices of Blake Horowitz
     155 N. Michigan Avenue, Suite 723
     Chicago, Illinois 60601
     (312) 616-4433

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant's Motion for Leave to File their Answer *Instanter*.**

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Conlon or before such other Judge sitting in her place or stead, on the 4th day of March 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the above referenced Motion.

**DATED** at Chicago, Illinois February 29, 2008

                                    Respectfully submitted,


                                    /s/ Shneur Z. Nathan_____
30 North LaSalle Street, 1400       SHNEUR Z. NATHAN
Chicago, Illinois 60602             Assistant Corp. Counsel
(312) 742-6413
Atty. No. 6294495