UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBIN CUNNINGHAM | ) | |
| | ) | |
| Plaintiff | ) | Case No. 08 C 2 |
| | ) | |
| v. | ) | Judge Conlon |
| M.B. MIRABELLI # 14191, | ) | |
| E.S. BIKULCIUS # 4006, and the | ) | Magistrate Judge Cole |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | Jury Trial Demanded |

### Notice of Filing

To:   Blake Horowitz
Abbas Merchant
Law Offices of Blake Horowitz
155 N. Michigan Avenue, Suite 723
Chicago, Illinois 60601
(312) 616-4433

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant's Joint Answer to Plaintiff's Complaint, Affirmative Defenses, and Jury Demand *Instanter*.**

**DATED** at Chicago, Illinois March 4, 2008

Respectfully submitted,

/s/ Shneur Z. Nathan
30 North LaSalle Street, 1400                SHNEUR Z. NATHAN
Chicago, Illinois 60602                           Assistant Corp. Counsel
(312) 742-1842
Atty. No. 6294495