# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 0002 | DATE | 3/4/2008 |
| CASE TITLE | ROBIN CUNNINGHAM vs. M.B. MIRABELI, ET AL | | |

**DOCKET ENTRY TEXT**

Status and motion hearing held. Defendants' motion [12] for leave to file their answer instanter is granted. Parties shall comply with FRCP 26(a)(1) by March 14, 2008. Discovery cutoff and filing of dispositive motions with supporting memoranda is set on July 3, 2008. Submission of joint final pretrial order and agreed pattern jury instructions are set on July 24, 2008 at 9:00 a.m.; plaintiff's draft to be submitted to defendants by July 17, 2008. The case is placed on the August trial calendar. THESE ARE FIRM DATES.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|