IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBIN CUNNINGHAM, ) | |
| ) | |
| Plaintiff, ) | No. 08 C 2 |
| ) | |
| vs. ) | Judge Conlon |
| ) | |
| M.B. MIRABELLI # 14191, E.S. BIKULCIUS # ) | Magistrate Judge Cole |
| 4006, and the CITY OF CHICAGO, ) | |
| ) | |
| Defendants. ) | Jury Trial Demanded |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_/s/ Elliot Richardson_
Elliot Richardson
Attorney for plaintiff,
Robin Cunningham
Horowitz, Richardson & Baker, LLC
20 S. Clark, Suite 500
Chicago, Illinois 60603
(312) 616-4433
Attorney No. 6256998
DATE: 6/13/08

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _/s/_
Shneur Nathan
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-1842
Attorney No. 06294495
DATE: 6/13/08

_/s/_
Shneur Nathan
Assistant Corporation Counsel
Attorney for defendants,
Mark Mirabelli and Eugene Bikulcius
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-1842
Attorney No. 06294495
DATE: 6/13/08

08 C 2