IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBIN CUNNINGHAM, ) | |
| ) | |
| Plaintiff, ) | No. 08 C 2 |
| ) | |
| vs. ) | Judge Conlon |
| ) | |
| M.B. MIRABELLI # 14191, E.S. BIKULCIUS # 4006, and the CITY OF CHICAGO, ) | Magistrate Judge Cole |
| ) | |
| Defendants. ) | Jury Trial Demanded |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Robin Cunningham, by one of her attorneys, Elliot Richardson, and defendants, Mark Mirabelli and Eugene Bikulcius, by one of their attorneys, Shneur Nathan, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Robin Cunningham, against defendants, City of Chicago, Mark Mirabelli and Eugene Bikulcius, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

| | |
|---|---|
| Shneur Nathan<br>Assistant Corporation Counsel<br>30 North LaSalle Street<br>Suite 1400<br>Chicago, Illinois 60602<br>(312) 742-1842<br>Attorney No. 06294495 | ENTER: *Suzanne B. Conlon*<br>The Honorable Suzanne B. Conlon<br>United States District Judge<br>DATED: 6/24/08 |